## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Mr. Morgan, President
*Morgan Tire & Auto, Inc. d/b/a*
    *Olson Tire Total Car Care*
2023 Sunnydale Boulevard
Clearwater, FL 33765

                                                  /s/ Mary E. Augustine
                                                  Mary E. Augustine (No. 4477)

612627v6